IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WHITE,<br><br>           Plaintiff,<br><br>      v.<br><br>L. NGUYEN, et al.,<br><br>           Defendants.<br>_____ / | Case No. 1:10-cv-01466 AWI JLT (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION TO EFFECTUATE SERVICE OF PROCESS<br><br>(Doc. 24) |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 26, 2011, the United States Marshal returned process directed to Defendant Chinyere unserved. According to the returned USM-285 form, the California Department of Corrections and Rehabilitation provided the United States Marshal with the home address of the defendant. However, when the United States Marshal attempted to mail service of process to the address, it was returned as undeliverable. (Doc. 24.)

Plaintiff must provide additional information about where this defendant may be served with process. Plaintiff may seek such information through the California Public Records Act, California Government Code §§ 6250, et seq., or any other means available. Plaintiff must proceed with haste. Federal Rule of Civil Procedure 4(m) requires the dismissal of a defendant not served within 120 days after filing of the complaint unless the time is enlarged based upon a showing of good cause.

///

Accordingly, it is **HEREBY ORDERED** that within **thirty (30) days** from the date of this order, Plaintiff **SHALL** provide additional information as to where Defendant Chinyere may be served with process. Otherwise, Plaintiff is warned that the Court will recommend the dismissal of this defendant pursuant to Rule 4(m).

IT IS SO ORDERED.

Dated:   **September 23, 2011**                    /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE