IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WHITE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>L. NGUYEN, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:10-cv-01466-AWI-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS DEFENDANT CHINYERE AMADI WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT'S ORDER**<br><br>(Doc. 42). |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 1). On July 19, 2012, Magistrate Judge Thurston issued an order to show cause why Defendant Chinyere I. Amadi ("Amadi") should not be dismissed from this lawsuit without prejudice, as Amadi could not be located for service despite numerous attempts by the United States Marshall's Service. (Doc. 39). Plaintiff failed to respond to the Court's order.

　　　On August 15, 2012, Magistrate Judge Thurston issued findings and recommendations to dismiss Amadi without prejudice for failure to comply with the Court's orders. (Doc. 42). Plaintiff was advised in the August 15, 2012 Findings and Recommendations that he had 14 days

to object. (Doc. 42). Despite the Court's warning, Plaintiff did not submit objections to the Magistrate Judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), the Court has conducted a de novo review of the case. Having carefully, reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 15, 2012 are **ADOPTED IN FULL**; and

2. Plaintiff's action against Chinyere I. Amadi **only**.is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Dated:   September 14, 2012                   _____
                                               CHIEF UNITED STATES DISTRICT JUDGE